■ NANCY R. BARON, Appellant, v EARL I. WADHAMS, INC., et al., Respondents. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Hull v Feinberg,* 113 AD2d 964; 10 Carmody-Wait 2d, NY Prac § 70:25, at 292-293). (Appeal from order of Supreme Court, Ontario County, Reed, J.— vacate default.) Present—Doerr, J. P., Denman, Pine, Balio and Davis, JJ.

■ NANCY R. BARON, Appellant, v EARL I. WADHAMS, INC., et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed without costs. Memorandum: Special Term properly exercised its discretion in denying plaintiff's motion to vacate the order, entered on default and dismissing the action on the ground of law office failure (CPLR 5015 [a] [1]; 2005). CPLR 2005 permits a court to excuse a default for law office failure; however, there must be a reasonable excuse for the delay and an affidavit of merits *(see, Fidelity & Deposit Co. v Andersen &*

*Co.,* 60 NY2d 693, 695); plaintiff failed to provide a reasonable excuse for the delay to demonstrate that her cause of action has merit. (Appeal from order of the Supreme Court, Ontario County, Reed, J.—vacate default.) Present—Doerr, J. P., Denman, Pine, Balio and Davis, JJ.